UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHY LOU THICK,

    Plaintiff,                              Case No. 18-cv-10154

v.                                               Paul D. Borman
                                               United States District Judge

ACTING COMMISSIONER
OF SOCIAL SECURITY,                Patricia T. Morris
                                               United States Magistrate Judge

    Defendant.
_____/

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S NOVEMBER 29, 2018
REPORT AND RECOMMENDATION (ECF NO. 19),
(2) GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 15),
(3) DENYING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 17), AND
(4) REMANDING FOR FURTHER PROCEEDINGS
UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

On November 29, 2018, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to GRANT Plaintiff's Motion for Summary Judgment, DENY Defendant's Motion for Summary Judgment, and REMAND this matter for further administrative proceedings. Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 19), GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 15), DENIES

1

Defendant's Motion for Summary Judgment (ECF No. 17), and REMANDS the matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g), consistent with Magistrate Judge Morris's analysis in her November 29, 2018 Report and Recommendation.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: December 19, 2018